# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00274-CV

**Jim Donahue, Appellant**

**v.**

**Flintrock, Ltd.; Five Star Development Co., Inc.; William P. Resch on behalf of Five Star Development Co., Inc.; Duke McDowell, individually and on behalf of Sterling Custom Homes, Inc. d/b/a Sterling Custom Homes; and Jerry Winnett, individually and on behalf of Winnett Group, Ltd., Inc. d/b/a Winnett Group Realty, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT NO. GN401041, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Jim Donahue has filed a motion to dismiss his appeal, informing this Court that the parties have settled their dispute and that he no longer wishes to pursue his appeal. Accordingly, we grant Donahue's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed on Appellant's Motion

Filed: September 23, 2004